1  SUNNY S. HUO (State Bar No. 181071)
   ELENA K. KOUVABINA (State Bar No. 235918)
2  ekk@severson.com
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA  94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   AURORA LOAN SERVICES LLC
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 ARTHUR and EUFRESINA BOADO,           Case No.: 3:11-cv-01949-EMC
   individuals,
12                                        **STIPULATION AND [PR~~OPOSED~~]
              Plaintiffs,                 ORDER TO POSTPONE HEARING ON
13                                        DEFENDANT AURORA LOAN
        vs.                               SERVICES LLC'S MOTION TO
14                                        DISMISS PLAINTIFFS' COMPLAINT
   AURORA LOAN SERVICES LLC, a            AND TO POSTPONE CASE
15 corporation; QUALITY LOAN SERVICE      MANAGEMENT CONFERENCE**
   CORP., a corporation; and DOES 1 through
16 50, inclusive,                         Hearing Date:   September 2, 2011
                                          Time:           1:30 p.m.
17            Defendants.                 Courtroom:      5, 17th Floor
                                          Judge:          Hon. Edward M. Chen
18

19

20

21

22

23

24

25

26

27

28

   11991/0079/930739.2                                    STIPULATION AND ORDER
                                                    Case No.: 3:11-cv-01949-EMC

**STIPULATION**

Defendant Aurora Loan Service LLC's ("Aurora") motion to dismiss Plaintiffs Arthur and Eufresina Boado's complaint is set for hearing for September 2, 2011 at 1:30 p.m. The case management conference is scheduled for the same day and time. On July 15, 2011, the parties reached an agreement on the principal terms of the loan modification as a means of settling this dispute. The loan modification agreement is being processed by Aurora and is expected to be ready in early September, 2011. Plaintiffs agree to dismiss this action with prejudice once the final loan modification agreement is signed.

The parties have already requested a continuance of a previously scheduled hearing on Aurora's motion to dismiss and case management conference. While the parties expected that his case would be dismissed by September 2, 2011, Aurora has experienced a delay in preparing the loan modification agreement due to certain actions that needed to be taken with respect to title documents to enable the settlement of the action. The parties' counsel are closely monitoring the advancement of the preparation of the loan modification agreement, and will ensure a prompt signing of the agreement and dismissal of this action once the loan modification agreement is finalized.

In light of the above, and in the interest of economy of judicial resources, the parties request that the Court postpone the hearing on Aurora's motion to dismiss and the case management conference to September 30, 2011 at 1:30 p.m.

11991/0079/930739.2

-1-

STIPULATION AND ORDER
Case No.: 3:11-cv-01949-EMC

| | | |
|---|---|---|
| 1 | DATED: August 18, 2011 | Respectfully submitted, |
| 2 | | SEVERSON & WERSON |
| 3 | | A Professional Corporation |
| 4 | | |
| 5 | | By: */s/ Elena K. Kouvabina* |
| | | Elena K. Kouvabina |
| 6 | | Attorneys for Defendant |
| 7 | | AURORA LOAN SERVICES LLC |
| 8 | DATED: August 18, 2011 | Respectfully submitted, |
| 9 | | LAW OFFICES OF KENNETH R. GRAHAM |
| 10 | | |
| 11 | | By: */s/ Kenneth R. Graham* |
| | | Kenneth R. Graham |
| 12 | | |
| 13 | | Attorneys for Plaintiffs |
| | | ARTHUR AND EUFRESINA BOADO |

- 2 -

1 **[PROPOSED] ORDER**

2  For good cause shown, the September 2, 2011 hearing on Aurora Loan Service LLC's
3 motion to dismiss Plaintiffs' complaint and the Case Management Conference scheduled for the
4 same day are vacated.  The hearing on Aurora's motion to dismiss is rescheduled for September
5 30, 2011 at 1:30 p.m.  The Case Management Conference is rescheduled for the same day, at the
6 same time.   A joint CMC Statement shall be filed by September 23, 2011.

8 **IT IS SO ORDERED.**

10 Date: August 19, 2011  _____



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

**ECF CERTIFICATION**

I, Elena Kouvabina, am the ECF User whose identification and password are being used to file this Stipulation and Proposed Order to Postpone Hearing on Aurora's Motion to Dismiss Plaintiffs' Complaint and to Postpone Case Management Conference. I hereby attest that counsel for Plaintiffs, Kenneth R. Graham, concurred in this filing.

DATED: August 18, 2011                         SEVERSON & WERSON
                                               A Professional Corporation


                                               By:   */s/ Elena Kouvabina*
                                                       Elena Kouvabina

                                               Attorneys for Defendant
                                               AURORA LOAN SERVICES LLC

- 4 -

11991/0079/930739.2

STIPULATION AND ORDER
Case No.: 3:11-cv-01949-EMC