1 | SUNNY S. HUO (State Bar No. 181071)
ELENA K. KOUVABINA (State Bar No. 235918)
2 | ekk@severson.com
SEVERSON & WERSON
3 | A Professional Corporation
One Embarcadero Center, Suite 2600
4 | San Francisco, CA 94111
Telephone: (415) 398-3344
5 | Facsimile: (415) 956-0439

6 | Attorneys for Defendant
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR and EUFRESINA BOADO, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA LOAN SERVICES LLC, a corporation; QUALITY LOAN SERVICE CORP., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:11-cv-01949-EMC<br><br>**JOINT NOTICE OF SETTLEMENT** ORDER RESETTING CMC<br><br>Hearing Date: September 30, 2011<br>CMC Date: September 30, 2011<br>Time: 1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

11991/0079/930739.2

JOINT NOTICE OF SETTLEMENT AND ORDER
Case No.: 3:11-cv-01949-EMC

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Arthur and Eufresina Boado's and Defendant Aurora Loan Service LLC's ("Aurora") have reached a settlement in principle of all claims in this action. The settlement is unconditional and requires Plaintiffs to dismiss this action with prejudice in its entirety. The parties have exchanged copies of the settlement agreement, and upon receipt of a signed copy of the settlement agreement from Defendants, Plaintiffs will dismiss this case with prejudice. Accordingly, the parties request that the Court remove this case from its active case calendar, and vacate all upcoming deadlines, and hearings. The parties also request that the Court schedule an OSC re Dismissal on December 16, 2011.

DATED: September 20, 2011

Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation

By: _/s/ Elena K. Kouvabina_
       Elena K. Kouvabina

Attorneys for Defendant
AURORA LOAN SERVICES LLC

DATED: September 20, 2011

Respectfully submitted,

LAW OFFICES OF KENNETH R. GRAHAM

By: _/s/ Kenneth R. Graham_
       Kenneth R. Graham

Attorneys for Plaintiffs
ARTHUR AND EUFRESINA BOADO

1 [P~~ROPOSED~~] **ORDER**

2 For good cause shown, the Clerk is instructed to remove this ~~case from~~ the Court's active

3 case calendar, and vacate all upcoming deadlines~~, and~~ hearings. An OSC re Dismissal in this

4 matter is scheduled ~~for December 16, 2011 at 1:30 P.M.~~   The 9/30/11 motion hearing is vacated. The 9/30/11 CMC is reset to 10/21/11 at 9:00 a.m. and a joint CMC statement is due 10/14/11. The CMC will be vacated once a stipulation of dismissal of all defendants is filed.

6 **IT IS SO ORDERED.**

8 Date: 9/21/11

HON. EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

## ECF CERTIFICATION

I, Elena Kouvabina, am the ECF User whose identification and password are being used to file this Joint Notice of Settlement and Proposed Order. I hereby attest that counsel for Plaintiffs, Kenneth R. Graham, concurred in this filing.

DATED: September 20, 2011

SEVERSON & WERSON
A Professional Corporation


By: _____/s/ Elena Kouvabina_____
       Elena Kouvabina

Attorneys for Defendant
AURORA LOAN SERVICES LLC

11991/0079/930739.2

ECF CERTIFICATION
Case No.: 3:11-cv-01949-EMC