SUNNY S. HUO (State Bar No. 181071)
ELENA K. KOUVABINA (State Bar No. 235918)
ekk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR and EUFRESINA BOADO, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA LOAN SERVICES LLC, a corporation; QUALITY LOAN SERVICE CORP., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:11-cv-01949-EMC<br><br>**JOINT NOTICE OF SETTLEMENT**<br>ORDER RESETTING CMC<br><br>Hearing Date: September 30, 2011<br>CMC Date: September 30, 2011<br>Time: 1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT, ALL PARTIES, AND
2  THEIR ATTORNEYS OF RECORD:
3       PLEASE TAKE NOTICE that Plaintiffs Arthur and Eufresina Boado's and Defendant
4  Aurora Loan Service LLC's ("Aurora") have reached a settlement in principle of all claims in this
5  action. The settlement is unconditional and requires Plaintiffs to dismiss this action with
6  prejudice in its entirety. The parties have exchanged copies of the settlement agreement, and
7  upon receipt of a signed copy of the settlement agreement from Defendants, Plaintiffs will
8  dismiss this case with prejudice. Accordingly, the parties request that the Court remove this case
9  from its active case calendar, and vacate all upcoming deadlines, and hearings. The parties also
10 request that the Court schedule an OSC re Dismissal on December 16, 2011.

12 DATED: September 20, 2011          Respectfully submitted,

13                                   SEVERSON & WERSON
                                     A Professional Corporation
14

15
                                     By:  /s/ Elena K. Kouvabina
16                                            Elena K. Kouvabina

17                                   Attorneys for Defendant
                                     AURORA LOAN SERVICES LLC
18

19 DATED: September 20, 2011          Respectfully submitted,

20                                   LAW OFFICES OF KENNETH R. GRAHAM

21

22                                   By:  /s/ Kenneth R. Graham
                                              Kenneth R. Graham
23
                                     Attorneys for Plaintiffs
24                                   ARTHUR AND EUFRESINA BOADO

-1-

11991/0079/930739.2                  JOINT NOTICE OF SETTLEMENT AND ORDER
                                     Case No.: 3:11-cv-01949-EMC

1  [~~PROPOSED~~] **ORDER**

2  For good cause shown, the Clerk is instructed to remove this ~~case from~~ the Court's active

3  case calendar, and vacate all upcoming deadlines~~, and~~ hearings. ~~An OSC re Dismissal in this~~

4  ~~matter is scheduled for December 16, 2011 at 1:30 P.M.~~   The 9/30/11 motion hearing is vacated.
   The 9/30/11 CMC is reset to 10/21/11
   at 9:00 a.m. and a joint CMC
6  **IT IS SO ORDERED.**   statement is due 10/14/11. The CMC
   will be vacated once a stipulation of
7  dismissal of all defendants is filed.

8  Date:  9/21/11

   HON. EDWARD M. CHEN
9  UNITED STATES DISTRICT COURT
   JUDGE

   *IT IS SO ORDERED AS MODIFIED*
   *Judge Edward M. Chen*

-2-

11991/0079/930739.2                       JOINT NOTICE OF SETTLEMENT AND ORDER
                                          Case No.: 3:11-cv-01949-EMC

## ECF CERTIFICATION

I, Elena Kouvabina, am the ECF User whose identification and password are being used to file this Joint Notice of Settlement and Proposed Order. I hereby attest that counsel for Plaintiffs, Kenneth R. Graham, concurred in this filing.

DATED: September 20, 2011

SEVERSON & WERSON
A Professional Corporation

By: */s/ Elena Kouvabina*
     Elena Kouvabina

Attorneys for Defendant
AURORA LOAN SERVICES LLC

11991/0079/930739.2

ECF Certification
Case No.: 3:11-cv-01949-EMC